IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. 2:18-cr-00050 |
| | * | |
| ELLIOT LOYRANZY ARMSTRONG, | * | |
| | * | |
| Defendant. | * | |

**DEFENDANT ELLIOT LOYRANZY ARMSTRONG'S MOTION FOR PRETRIAL HEARING TO DETERMINE THE ADMISSIBILITY OF OUT-OF-COURT STATEMENTS OF ALLEGED CO-CONSPIRATORS**

COMES NOW the above-referenced Defendant and moves this Court to conduct a pretrial hearing pursuant to *James v. United States*, 590 F.2d 575 (5th Cir. 1979), for the purpose of determining whether the out-of-court statements of any alleged co-conspirator is admissible as evidence against this Defendant.

This Defendant further moves this Court to require the Government to submit evidence at the *James* hearing to establish:

a) the existence of a conspiratorial agreement; and

b) the sufficiency of the evidence against the Movant to establish involvement in the alleged conspiracy.

At the conclusion of the *James* hearing, if it appears that there is not sufficient evidence of a conspiracy among the Movant and any of the other defendants or the declarant, or the declaration at issue was not in furtherance of that conspiracy, the Court should not allow other hearsay evidence to be admitted against this Movant. The Movant asserts that the foregoing procedure of law is necessary to avoid denial of the

Movant's right to due process of law and to overcome abuses of the Movant's rights which will otherwise occur in the course of the trial herein and that simply requiring the Government to offer its proof at trial, rather than a full and fair pretrial determination, will deprive the Movant of the protection sought to be afforded by this process.

## MEMORANDUM OF LAW

There is a long-recognized exception to the hearsay rule that a statement made by one member of a conspiracy during the course of and in furtherance of the conspiracy may be used against the other members of the conspiracy if certain conditions are met. Federal Rules of Evidence, Rule 801(d)(2)(E). While this Rule moves co-conspirator statements from the realm of hearsay, admissibility depends upon proof that there is a conspiracy, that the statement was made during the course of and in furtherance of the conspiracy, and the declarant and the Accused must be members of the conspiracy. *Anderson v. United States*, 417 U.S. 211, 218 n.6 (1974).

The admissibility of a co-conspirator's declarations in a conspiracy trial is a critical question. The evidence endangers the integrity of the trial because the relevancy and apparent probative value of the statements may be so highly prejudicial as to color other evidence even in the mind of a conscientious juror, regardless of any instructions to disregard the statements or to consider them conditionally. *James v. United States*, 590 F.2d 575 (5th Cir. 1979). As a result, such statements should be evaluated by the trained legal mind of the trial judge.

WHEREFORE, the Movant respectfully requests that this Court conduct a pretrial hearing to determine the existence of a conspiratorial agreement and to establish the

Movant's connection thereto, if any, and Movant further requests any additional relief that this Court deems just and proper.

    RESPECTFULLY SUBMITTED this the 22nd day of JANUARY, 2019.

                                              s/ Steven Blackerby
                                              Steven Blackerby
                                              Georgia Bar No.: 141250
                                              sblackerby@brbcsw.com
                                              Attorney for Defendant
                                              Elliot Loyranzy Armstrong
                                              BROWN, READDICK, BUMGARTNER,
                                              CARTER, STRICKLAND & WATKINS, LLP
                                              P. O. Box 220
                                              Brunswick, GA 31521
                                              (912) 264-8544

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This the 22nd day of JANUARY, 2019.

s/ Steven Blackerby
Steven Blackerby
Georgia Bar No.: 141250
sblackerby@brbcsw.com
Attorney for Defendant
Elliot Loyranzy Armstrong
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
P. O. Box 220
Brunswick, GA 31521
(912) 264-8544
