# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

| | |
|---|---|
| CASE NO. **CR218-50** | DATE **12/06/2019** |
| TITLE **USA v. Elliot Armstrong** | |
| TIMES **2:00 - 2:45** | TOTAL **45 Minutes** |

| | |
|---|---|
| Honorable : **Lisa Godbey Wood, U. S. District Court Judge** | Courtroom Deputy : **Whitney Sharp** |
| Court Reporter : **Debra Gilbert** | Interpreter : |

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Jennifer Kirkland | Steven Blackerby | |

PROCEEDINGS : **Sentencing**       ☑ In Court   ☐ In Chambers

 Objections - Yes ; as to paragraphs 6, 14, 19, and 22
 As to those paragraphs not objected to, the Court adopts the findings of fact and conclusion
 of applicable advisory guidelines.
 Defense 2:06 - 2:08 / Government Witness TFO Sapp 2:08 - 2:15 / Defense 2:15 - 2:19
 Government 2:19 - 2:22 / Defense 2:22 - 2:26 / USPO 2:26
 The Court finds by a preponderance of the credible evidence that the objections are due to
 be overruled. Government exhibit 1 tendered and admitted without objection.
 The Court finds a total Offense Level 12 / Criminal History III / Guideline 51-21 months /
 3 year supervised release / $5,500 - $1,000,000 fine / $100 special assessment /
 no minimum - 20 years maximum.
 Defense 2:31 - 2:35 / Government 2:36 - 2:37 / Defendant 2:37 -  2:40
 Court - BOP 21 months consecutive to supervised release term / 3 years supervised release /
 standard, special and mandatory conditions of release / FCI Alabama, Mississippi, NC or
 SC to the extent space and security allow / recommendation to BOP for access to any drug
 treatment program to include RDAP / CTS awaiting sentencing / no fine / $100 special
 assessment /  no firearms or weapons / DNA testing / substance abuse testing and no tampering
 /subject to searches / appeal waiver.